UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WILLIAM ANDREW DUPRE

PLAINTIFF(S)

CASE NUMBER
2:25−cv−14448−SMM

v.

FIRST FINANCIAL ASSET MANAGEMENT, INC., et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**World Processing, LLC**

as of course, on the date March 16, 2026.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Guillermo A Quezada*
Deputy Clerk

cc:  Magistrate Judge Shaniek Mills Maynard
William Andrew Dupre
2305 Tamarind Dr.
Suite 3

Huchinshon Island, FL 34949

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV–37 (10/01)